JS - 6

**FILED: 9/12/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bonny Lopez, et al*,<br><br>        Plaintiffs,<br><br>        v.<br><br>*Union Pacific Railroad Company, et. al.*,<br><br>        Defendants. | CASE NO. CV 12-6493-GHK (MRWx)<br><br>**JUDGMENT** |

    Pursuant to the Court's September 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Bonny Lopez and Dorothy Baca's ("Plaintiffs") claims against Defendant Union Pacific Railroad Company are **DISMISSED with prejudice.**

    **IT IS SO ORDERED**.

    DATED: September 11, 2012

                                              _____
                                                      GEORGE H. KING
                                                United States District Judge