JS - 6

**FILED: 9/12/12**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bonny Lopez, et al*, | CASE NO. CV 12-6493-GHK (MRWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Union Pacific Railroad Company, et. al.,* | |
| Defendants. | |

  Pursuant to the Court's September 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Bonny Lopez and Dorothy Baca's ("Plaintiffs") claims against Defendant Union Pacific Railroad Company are **DISMISSED with prejudice.**

  **IT IS SO ORDERED**.

  DATED: September 11, 2012

_____
GEORGE H. KING
United States District Judge